**Al Jabbar SALAM, Plaintiff–Appellant,**

v.

**Crystal EVANS, ARO, East Arkansas Regional Unit, ADC (originally sued as Evans); Marvin Evans, Jr., Warden, East Arkansas Regional Unit, ADC; Tiffanye Compton, Grievance Coordinator, ADC; Marvin Irby, Defendants–Appellees.**

No. 04–1021.

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2004.

Decided: Aug. 2, 2004.

Al Jabbar Salam, Arkansas Department of Corrections, Brickeys, AR, pro se.

Eric Fitzgerald Walker, Katherine A. Adams, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

This matter comes on appeal wherein the Plaintiff filed suit under 42 U.S.C. § 1983 alleging that the Defendants, which include Marvin Evans, former Warden of the East Arkansas Regional Unit of the Arkansas Department of Corrections, Crystal Evans, a former grievance officer, and Tiffanye Compton, an appellate grievance officer, failed to process and respond to several grievances that he had filed. The district court dismissed the Complaint with prejudice for failure to state a claim.

Having reviewed the record, we affirm the district court on the grounds set forth by the United States Magistrate Judge who originally recommended that the case be dismissed. *See Jones v. Norris,* 310 F.3d 610, 612 (8th Cir.2002) (per curiam) (standard of review).